IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-011-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZADA VICTORIA GABRIEL, CHARLES ) | |
| M. GABRIEL, NORTH CAROLINA ) | |
| FARM LANDS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Stay Of Proceedings Pending Resolution Of Ownership Issues In State Court" (Document No. 20) filed November 16, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Stay Of Proceedings Pending Resolution Of Ownership Issues In State Court" (Document No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** the parties shall file a Status Report, jointly if possible, on **February 17, 2021**, and **every ninety (90) days thereafter**, unless otherwise ordered by the Court.

**SO ORDERED**.

Signed: November 16, 2020

David C. Keesler
United States Magistrate Judge