IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00011-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ZADA VICTORIA GABRIEL<br>CHARLES M. GABRIEL<br>NORTH CAROLINA FARM<br>LANDS, LLC,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Stipulation of Dismissal and Motion for Consent Order (Doc. No. 40) filed by the Government and Defendants Charles M. Gabriel and Zada V. Gabriel (the "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. It appears that the Parties have agreed to certain terms resulting in the resolution of all claims asserted in the Complaint (Doc. No. 1) against these Defendants, as further set forth in the Parties' Settlement Agreement (Doc. No. 40, Ex. "A").

Upon review of the record, the Parties' requests, and the fully executed Settlement Agreement, the Court will **GRANT** the dismissal and motion.

**IT IS, THEREFORE, ORDERED THAT**:

1. The Court approves the dismissal of this action and all claims as set forth in the United States' Complaint (Doc. No. 1) against Defendants Charles M. Gabriel and Zada V. Gabriel with prejudice and against Defendant North Carolina Farm Lands, LLC without prejudice.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

1

3. The Court retains jurisdiction to the extent necessary to enforce the terms or interpret this Settlement Agreement.

4. The Clerk is directed to close this matter in accordance with this Order.

   **SO ORDERED ADJUDGED AND DECREED**.

Signed: September 27, 2024

Kenneth D. Bell
United States District Judge